UNITED STATES of America,
Plaintiff–Appellee,

v.

Nabor RODRIGUEZ–PEREZ,
Defendant–Appellant.

No. 00–50641.
D.C. No. CR–00–00437–SVW–01.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2002.*

Decided Jan. 23, 2002.

Before KLEINFELD, HAWKINS and
SILVERMAN, Circuit Judges.

MEMORANDUM **

Nabor Rodriguez–Perez appeals his conviction and 78–month sentence imposed following his guilty plea for being an illegal alien found in the United States in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant 28 U.S.C. § 1291, and we affirm.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Rodriguez–Perez first contends that his guilty plea is invalid under Fed.R.Crim.P. 11(c)(1) because the district court failed to discuss the terms of supervised release with him during the plea colloquy. This argument is simply refuted by the record.

Rodriguez–Perez also contends that the district court imposed his 78–month sentence in violation of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), because his prior aggravated felony conviction was neither alleged in the indictment nor admitted during the plea colloquy. This argument is foreclosed by *United States v. Pacheco–Zepeda*, 234 F.3d 411, 414–15 (9th Cir.), *cert. denied*, — U.S. ——, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001).

**AFFIRMED.**

---

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.